UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:20-CV-62460-MGC

HOWARD COHAN,

    Plaintiff,

vs.

LAXMI PROPERTIES, L.L.C.
a Florida Limited Liability Company
d/b/a HOLIDAY INN EXPRESS HOTEL & SUITES

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN by and through his undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Plaintiff expects to file a Notice of Dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED January 21, 2021.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Secondary Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 21, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant's Registered Agent at:

Sandy Patel
20 South Federal Highway
Fort Lauderdale, FL 33301
Tel: (954) 316-1150
Email: sandy@luckeys.com

   /s/ Gregory S. Sconzo
**Gregory S. Sconzo, Esq.**