UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

HOWARD COHAN,

    Plaintiff,

vs.                                                  CASE NO.: 0:20-CV-62460-MGC

LAXMI PROPERTIES, L.L.C.
a Florida Limited Liability Company
d/b/a HOLIDAY INN EXPRESS HOTEL & SUITES

    Defendant(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against Defendant, LAXMI PROPERTIES, L.L.C., a Florida Limited Liability Company, d/b/a HOLIDAY INN EXPRESS HOTEL & SUITES.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant's Registered Agent at:

Sandy Patel
20 South Federal Highway
Fort Lauderdale, FL 33301
Tel: (954) 316-1150
Email: sandy@luckeys.com

                                              By: **/s/ Gregory S. Sconzo**
                                                 Gregory S. Sconzo, Esq.
                                                 Florida Bar No.: 0105553
                                                 Sconzo Law Office, P.A.
                                                 3825 PGA Boulevard, Suite 207
                                                 Palm Beach Gardens, FL 33410
                                                 Telephone: (561) 729-0940
                                                 Facsimile: (561) 491-9459

        Email: greg@sconzolawoffice.com
        Secondary Email: alexa@sconzolawoffice.com
        Attorney for Plaintiff